***E-FILED - 7/29/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA STATE HOSPITAL, et. al.,<br><br>    Defendants. | No. C 09-2508 RMW (PR)<br><br>ORDER INSTRUCTING PARTIES TO FILE RESPONSES |

    Plaintiff, a Napa State Hospital patient[1] proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), and Title VII of the Civil Rights Act, concerning the conditions of his confinement at Napa State Hospital. Pending before the court are defendants' motion to dismiss for insufficient service of process (docket no. 41) and motion to quash service (docket no. 54).

    Within **30 days** of the filing date of this order, plaintiff shall file responses to defendants' motions listed above. Defendants shall file replies within **15 days** thereafter.

    IT IS SO ORDERED.

DATED: 7/29/10

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

    [1] On August 26, 1999, plaintiff was admitted to Napa State Hospital ("NSH") pursuant to California Penal Code § 1026, based upon a finding of not guilty by reason of insanity in Alameda Superior Court.

Order Instructing Parties to File Responses
P:\PRO-SE\SJ.Rmw\CR.09\OHaire508supp.wpd