*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>   Plaintiff,<br><br>   v.<br><br>NAPA STATE HOSPITAL, et. al.,<br><br>   Defendants. | No. C 09-2508 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Docket No. 80) |

Plaintiff, a Napa State Hospital patient[1] proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), and Title VII of the Civil Rights Act, concerning the conditions of his confinement at Napa State Hospital. Plaintiff requests an extension of time to file an opposition to defendants' motion for summary judgment. Plaintiff's request is GRANTED. Plaintiff shall file his opposition to defendants' motion for summary judgment **within 60 days** of the filing date of this order.

To the extent plaintiff requests an order to compel defendants to reveal the home addresses of Dr. Chow and Cathy Zapata, that request is denied. Plaintiff is reminded that Chow and Zapata are no longer defendants.

---

[1] On August 26, 1999, plaintiff was admitted to Napa State Hospital ("NSH") pursuant to California Penal Code § 1026, based upon a finding of not guilty by reason of insanity in Alameda Superior Court.

Order Granting Plaintiff's Motion for Extension of Time
P:\PRO-SE\SJ.Rmw\CR.09\OHaire508eot.wpd

1 | This order terminates docket number 80.

2 | IT IS SO ORDERED.

3 | DATED: 6/3/11

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge