*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA STATE HOSPITAL, et. al.,<br><br>    Defendants. | No. C 09-2508 RMW (PR)<br><br>ORDER DENYING DEFENDANTS'<br>MOTION TO FILE UNDER SEAL<br><br>(Docket No. 82) |

Plaintiff, a Napa State Hospital patient proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), and Title VII of the Civil Rights Act, concerning the conditions of his confinement at Napa State Hospital. Defendants have filed an administrative motion to file the motion for summary judgment and related papers under seal for the purpose of protecting Plaintiff's privacy interests. Plaintiff has filed an opposition to that motion, insisting that he prefers the documents be available for use in open court. Accordingly, Defendants' motion to seal is DENIED. The Clerk shall return to defendants any documents they lodged for the purposes of sealing. See N.D. Cal. Local Rule 79-5(e).

IT IS SO ORDERED.

DATED: 7/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Defendants' Motion to File Under Seal
P:\PRO-SE\SJ.Rmw\CR.09\O'Haire508seal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL, ET AL. et al,<br><br>　　　　　Defendant.　　　　　　　　／ | Case Number: CV09-02508 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul D. O'Haire
Unit T-6
Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94558-6293

Dated: July 29, 2011

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk