*E-FILED - 3/8/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>        Plaintiff,<br> v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>        Defendants. | No. C 09-2508 RMW (PR)<br><br>JUDGMENT |

The court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/8/12

_____
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.09\Ohaire508jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| PAUL D. O'HAIRE, | Case Number: CV09-02508 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NAPA STATE HOSPITAL, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul D. O'Haire
Unit T-6
Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94558-6293

Dated: March 8, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk